# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD VITTALLO, an individual, <br><br> Plaintiff, <br><br> v. <br><br> GENERAL NUTRITION CENTERS, INC.; NAREENA KERNELL, an individual; and DOES 1 through 10 inclusive, <br><br> Defendants. | CASE NO. CV 12-6352-SJO (PLAx) <br><br> **AMENDED PROTECTIVE ORDER OF CONFIDENTIALITY** |

Based on the Stipulation and terms included between plaintiff Richard Vittallo and defendants General Nutrition Corporation ("GNC") and Nareena Kernell ("Kernell"), the Stipulated Protective Order of Confidentiality is granted.

*Paul L. Abrams*

Dated: April 8, 2013

47049477.1

[PROPOSED] PROTECTIVE ORDER OF CONFIDENTIALITY